**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JOEL F. LEVY, D.D.S.,

                        Plaintiff,

        -against-                                25 **CIVIL** 8527 (JSR)

                                                        **JUDGMENT**

PENN MUTUAL LIFE INSURANCE COMPANY
and DAVIES LIFE & HEALTH, INC.,

                      Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated January 13, 2026, defendants' motion to dismiss Levy's complaint is GRANTED in its entirety and with prejudice. The Court hereby denies Levy leave to amend the complaint because the deficiencies in his claims all relate to unreasonable interpretations of the policies and, thus, cannot be remedied by amendment; accordingly, the case is closed.

**Dated:**  New York, New York

      January 14, 2026

                                        **TAMMI M. HELLWIG**

                                            **Clerk of Court**

                 **BY:**                          

                                            **Deputy Clerk**